UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

STATE OF LOUISIANA

| | |
|---|---|
| **ALTHEA HARRIS** | **CIVIL ACTION** |
| **VERSUS** | **JUDGE** |
| **HOME CARE PCA, LLC** | **STATE OF LOUISIANA** |

### PLAINTIFF'S ORIGINAL COMPLAINT

COMES NOW, ALTHEA HARRIS, plaintiff herein, and for her cause of action files this Plaintiff's Original Complaint against Defendant, **HOME CARE PCA, LLC** and would respectfully show the Court as follows:

### Jurisdiction and Venue

1. This action is arising under the Family Medical Leave Act ("FMLA"), 29 U.S.C. 2601 et. seq., to recover damages at law, actual and liquidated, to seek compensation and benefits due, in the form of wages and other monetary losses, to enforce the rights available under the terms of the FMLA at law and equity, and to recover costs, reasonable attorney's fees, any reasonable expert fees, as well as interest on all sums as available under the FMLA. This Court has subject matter jurisdiction under 28 U.S.C. 1331. Venue lies in the Eastern District of Louisiana under 28 U.S.C. 1391(b)(2).

### Parties

2. Plaintiff is a citizen of the United States and the State of Louisiana and resides in Ascension Parish, Louisiana. At all times pertinent herein Plaintiff was an "eligible employee" of Defendant as that term is defined in the FMLA.

3. Defendant, a limited liability company doing business in the State of Louisiana as Home Care PCA, LLC. Defendant may be served by serving its registered agent, Troy Brown, 5806 HWY 308, Napoleonville, LA 70734. Defendant was at all pertinent times herein the "employer" of Plaintiff as that term is defined in the FMLA.

### Statement of Facts

4. Plaintiff began her employment with the Defendant on or about July 28th, 2016.

5. On or about June 5th, 2018 Ms. Harris was admitted to St. Elizabeth Physicians for severe depression.

6. The same day, June 5th, 2018, Ms. Harris sent defendant her physician's letter stating she has been under care on June 5th, 2018 and may return to work on June 11th, 2018.

7. On or about June 11th, 2018 Ms. Harris was admitted to Capital Area Human Services for severe depression.

8. The same day, June 11th, 2018, Ms. Harris sent defendant her physician's letter requesting she be excused from June 12th, 2018 to June 19th, 2018.

9. Further detailed paperwork was requested from Ms. Harris, however, she was only given a single day to respond before she was fired.

10. On June 13th, 2018, Ms. Harris was sent a letter from defendant informing her that unless she has been hospitalized in the last two weeks for at least one full day for a "serious illness" or "serious injury", she will be terminated the next day.

11. On June 14th, 2018, the next day, Ms. Harris was fired.

12. Defendant did not give Ms. Harris adequate time under Family Leave Medical Act. Pursuant to 29 CFR 825.313, for unforeseeable leave, an employer must give the employee at

least fifteen (15) days to respond to an employer's request for a certification before the employee can be terminated.

13. Defendant terminating Plaintiff has interfered with Plaintiff's rights under the FMLA, and was in retaliation for Plaintiff exercising those rights.

14. As a result of Defendant's FMLA interference and retaliation, Plaintiff suffered economic injury in the form of past and future lost compensation and benefits, and other monetary losses. Plaintiff seeks recovery of lost compensation and benefits, other monetary losses, as established, and reinstatement or front pay in lieu thereof.

15. Defendant acted willfully in violation of Plaintiff's FMLA rights, and Plaintiff is therefore entitled to additional damages under the FMLA.

16. Because of Defendant's actions, Plaintiff was required to obtain legal assistance to enforce her FMLA rights and is entitled to the recovery of reasonable attorney's fees. Plaintiff seeks recovery of reasonable attorney's fees, any reasonable expert witness fees, and costs as available under the FMLA.

17. Plaintiff also seeks recovery of pre and post judgment interst and costs as allowed by law.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff prays that the Defendant be cited to appear and answer herein and that on final hearing the Court enter judgment in favor of Plaintiff and against Defendant for:

    A.    Wages and benefits under the FMLA;

    B.    Compensatory damages under the FMLA;

    C.    Additional liquidated damages under the FMLA;

    D.    Reinstatement or front pay in lieu of reinstatement under the FMLA;

- 4 -

E.  Costs of court and reasonable expert fees under the FMLA;

F.  Attorney's fees under the FMLA;

G.  Prejudgment and post judgment interest as allowed by law;

H.  For such other and further relief, in law or equity, as this Court may deem appropriate and just.

Respectfully Submitted:

*s/Gregory J. Miller*
Gregory J. Miller No. 17059
**MILLER, HAMPTON & HILGENDORF**
3960 Government Street
Baton Rouge, LA 70806
Telephone: (225) 343-2205
Facsimile:(225) 343-2870
Email:  gjm@mlhlaw.com