## UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| **ALTHEA HARRIS** | **CIVIL ACTION** |
| **VERSUS** | |
| **HOME CARE PCA, LLC** | **NO. 20-156-JWD-SDJ** |

## <u>JUDGMENT</u>

This matter having been tried to the bench on August 16, 2023, (Doc. 45), and the Court having issued *Findings of Fact and Conclusions of Law* (Doc. 49) holding (1) that Defendant Home Care PCA, LLC, ("Defendant") interfered with the rights of Plaintiff Althea Harris under the Family and Medical Leave Act of 1993, 29 U.S.C. § 2601 *et seq.*, and (2) that Plaintiff was entitled to back pay, interest, liquidated damages, costs, and attorney's fees,

**IT IS ORDERED, ADJUDGED, AND DECREED** that judgment is hereby entered in favor of Plaintiff and against Defendant, and that Defendant shall pay to Plaintiff (a) $132,000 in back pay, (b) interest on that amount, calculated at the prevailing rate, (c) an amount of liquidated damages equal to $132,000, plus interest, and (d) costs and attorney's fees in amounts to be determined after trial.

Signed in Baton Rouge, Louisiana, on <u>September 26, 2023</u>.

_____
**JUDGE JOHN W. deGRAVELLES**
**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF LOUISIANA**